UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

GREILYS JULIETTE CASTILLO
SANCHEZ,

     Petitioner,

v.

FNU VILLEGAS, et al.,

     Respondents.

No. 1:26-CV-223-H

## ORDER

Before the Court is Greilys Juliette Castillo Sanchez's petition for a writ of habeas corpus challenging her mandatory detention without bond. Dkt. No. 1. On June 2, 2026, an immigration judge ordered Castillo Sanchez removed to Colombia. Dkt. No. 7-1 at 2. She waived appeal, so the removal order became administratively final on the same day, June 2, 2026. *Id.* at 3; *see* 8 C.F.R. §§ 1241.1(c), 1003.38(b). Castillo Sanchez is thus subject to detention during the 90-day "removal period." 8 U.S.C. § 1231(a)(1)(A). And "[d]uring the removal period, detention is mandatory." *Johnson v. Guzman Chavez*, 594 U.S. 523, 528 (2021) (citing 8 U.S.C. § 1231(a)(2)).

Because Castillo Sanchez's detention is indisputably mandatory for the duration of the removal period, and because she does not contest her removability, the Court dismisses her petition (Dkt. No. 1) as moot.

So ordered on July 24, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE